Exhibit A



**Wells Fargo Multifamily Capital**

MAC T2673-100
2010 Corporate Ridge
Suite 1000
McLean, VA 22102
877-734-5591

**March 1, 2013**

Kimbrell Realty / Jeth Court LLC
an Illinois Limited Liability Company
6608 H. University Street
Peoria, IL 61614

      RE:  Loan Name: Jeth Court Apartments
           Loan Number: 285000031
           Fannie Mae Loan Number: 8300006298

| Description | Date From | Date To | | Days | Rate | Amount | Per Diem |
|---|---|---|---|---|---|---|---|
| Outstanding Principal Balance after the September 1, 2011 payment | | | | | | $2,185,859.78 | |
| Scheduled Interest | 10/1/2011 | 3/15/2013 | = | 532 | 6.550% | $211,579.08 | 397.71 Per Diem |
| Default Interest | 11/1/2011 | 3/15/2013 | = | 501 | 4.00% | $121,679.53 | 242.87 Per Diem |
| Prepayment / Yield Maintenance | | | | | | $400,962.55 | |
| Late Charge Due | | | | | | $0.00 | |
| Replacement Reserve (wired to Fannie Mae) | | | | | | ($1,875.00) | |
| Suspense Escrow | | | | | | ($43,153.65) | |
| Tax Escrow Advance | | | | | | $0.00 | |
| Insurance Advance | | | | | | $0.00 | |
| Broker's Price Opinion | | | | | | $1,750.00 | |
| PNA | | | | | | $2,200.00 | |
| ESA | | | | | | $2,200.00 | |
| Fannie Mae Legal Fees | | | | | | $46,102.47 | |
| Fannie Mae Appraisal | | | | | | $6,000.00 | |
| Survey Fee | | | | | | $1,784.80 | |
| Administrative Fee | | | | | | $300.00 | |
| Reconveyance Fee | | | | | | $250.00 | |
| **Total** | | | | | | **$2,935,639.56** | |

The payoff quoted above is subject to final verification by the noteholder. Wells Fargo reserves the right to demand additional funds before or subsequent to the release of the noteholder's security interest in the property securing the loan, to correct any error or omission in these figures made in good faith, whether mathematical, clerical, typographical, or otherwise. The payoff figure is also subject to change to reflect any transactions that may occur on or after the date of this letter.

If you have any questions, please contact me at (703) 760-4785.

Winston Moses
Assistant Vice President
Wells Fargo Multifamily Capital