Form minord

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
216 Federal Building
100 N.E. Monroe St.
Peoria, IL 61602–1003

---

*In Re:* Jody D Kimbrell                                    *Case No.:* 14–81545
*Debtor(s)*                                                 *Chapter* 11

---

### *ORDER*

*Notice is hereby provided:*

☑   A Hearing having been held 9/30/14 on the following matters:

☐   The following having been filed:

1. Debtor's Motion to Use Cash Collateral (Doc.#44)

*IT IS ORDERED THAT:*

| MATTER | ACTION | |
|---|---|---|
| 1. | Denied | Debtor's Motion to Use Cash Collateral is DENIED for reasons stated on the record |

*Other:*

Dated: 9/30/14

　　　　　　　　　　　　　　　　　　　　　　　　　　/S/   Thomas L. Perkins
　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Go to **www.ilcb.uscourts.gov** for information regarding this court's *mandatory* electronic filing policy.